DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. BYRD

No. 137 PC.

Case below: 50 N.C. App. 736.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1981.

## STATE v. DUNCAN

No. 180 PC.

Case below: 51 N.C. App. 710.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 July 1981.

## STATE v. FENNELL

No. 177 PC.

Case below: 51 N.C. App. 460.

Application by defendant for further review denied 8 July 1981.

## STATE v. HARRIS

No. 202 PC.

Case below: 52 N.C. App. 165.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1981.

## STATE v. HAYES

No. 220 PC.

Case below: 46 N.C. App. 607.

Application by defendant for further review denied 8 July 1981.